```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA
                                  :       SEALED ORDER
   - v. -
                                  :       22 Cr. 138 (___)
NEIL PHILLIPS,
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Noah Solowiejczyk;

It is found that the Indictment in the above-captioned action, 22 Cr. 138, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **August 31, 2022 at 10:00 a.m.**, it is therefore

ORDERED that the Indictment, 22 Cr. 138, in the above-captioned action be unsealed on **August 31, 2022 at 10:00 a.m.**, and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated:  New York, New York
        August 30, 2022

_____
THE HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE