UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL PHILLIPS,<br><br>       *Defendant.* | Case No. 1:22-cr-00138-RA |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for Defendant Neil Phillips in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 15, 2022

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
shecker@kaplanhecker.com
*Counsel for Defendant Neil Phillips*