DOCKET No. 22cr138 (RA)                    DEFENDANT Neil Phillips

AUSA Noah Solowiejczyk and Tom Burnett      DEF.'S COUNSEL Jenna Dabbs and Sean Hecker
                                            ☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                            ☑ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.     DATE OF ARREST 01/15/2023      ☐ VOL. SURR.
                                            TIME OF ARREST 2:30 PM            ☐ ON WRIT
☐ Other: _____          TIME OF PRESENTMENT 5:10 PM

## BAIL DISPOSITION

                                                          ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 15,000,000 ___ PRB  ☑ 3 ___ FRP
☐ SECURED BY $ (see below) ___ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ United Kingdom with all travel on notice to Pretrial Services
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 1/9/2023

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

Please see attached for additional conditions.

Control date set for 1/19/2023.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL  1/19/2023

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____  ☐ ON DEFENDANT'S CONSENT

**DATE:** 1/5/2023

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

• Mr. Phillips will be released pursuant to a personal recognizance bond in the amount of $15,000,000, co-signed by Alan Steven Jacobson, Anthony Robertson, and Beverly Lyn Jacobson, and secured by $750,000 in cash posted by Mr. Phillips, $250,000 from Alan Jacobson, and $250,000 from Anthony Robertson by 1/9/2023;

• Mr. Phillips may retain his United Kingdom passport solely for the purposes of travel between the United States and the United Kingdom and must subsequently surrender his United Kingdom passport and any other travel documents (including any other passports he may possess) within 72 hours of arrival in the United Kingdom to the Pallas Partners law firm, and to the law firm Kaplan Hecker within 72 hours of arrival in the United States, and he may only gain access to his United Kingdom passport and any other travel documents with permission of the government;

• Mr. Phillips's travel will be restricted to the United Kingdom, the Southern District of New York, and the Eastern District of New York, with all travel on notice to Pretrial Services;

• Mr. Phillips shall, at the request of the government or Pretrial Services, make his current financial records available for review.