USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NEIL PHILLIPS,

            Defendant.

No. 22-CR-138 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

As agreed upon at today's conference, defendants shall file any motions by April 28, 2023, responses shall be due by May 26, 2023 and any replies by June 9, 2023.

The parties shall be prepared to try this case on October 16, 2023. Any *in limine* motions, as well as proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than September 27, 2023, and responses thereto filed no later than October 4, 2023. A final pretrial conference shall be held on October 11, 2023 at 2:00 p.m.

Time is excluded until October 16, 2023, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    February 9, 2023
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge