# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL PHILLIPS,<br><br>     Defendant. | Case No. 22-CR-138 (RA)<br><br>**NOTICE OF DEFENDANT NEIL PHILLIPS' MOTION TO DISMISS** |

  PLEASE TAKE NOTICE that Defendant Neil Phillips, by the undersigned counsel, hereby moves before the Honorable Ronnie Abrams of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, for the entry of an Order, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, dismissing the Indictment.

  PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely upon the accompanying Memorandum of Law in Support of this Motion to Dismiss and the Declaration of Sean Hecker, with an Exhibit appended thereto.

  PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: April 28, 2023
New York, New York

_/s/ Sean Hecker_

Sean Hecker
Jenna M. Dabbs
David Gopstein
Alexandra Conlon
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
jdabbs@kaplanhecker.com
dgopstein@kaplanhecker.com
aconlon@kaplanhecker.com
*Counsel for Defendant Neil Phillips*