UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL PHILLIPS,<br><br>                    Defendant. | Case No. 22-CR-138 (RA)<br><br>**Oral Argument Requested** |

**DECLARATION OF SEAN HECKER IN SUPPORT OF
DEFENDANT NEIL PHILLIPS' MOTION TO DISMISS**

I, SEAN HECKER, declare as follows:

1.  I am a Partner in the law firm of Kaplan Hecker & Fink LLP and counsel for Neil Phillips in the above-captioned action.

2.  I respectfully submit this declaration in connection with the Memorandum of Law in Support of Defendant Neil Phillips' Motion to Dismiss (the "Motion").

3.  Attached hereto as **Exhibit A** is a true and correct copy of Bank-2's "letter agreement" with Glen Point Master Fund dated October 30, 2017.[1]

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

---

[1] Exhibit A is referenced in the Indictment at ¶¶ 13, 24.

Executed at:   New York, New York
             April 28, 2023

*[signature]*

Sean Hecker
Jenna M. Dabbs
David Gopstein
Alexandra Conlon
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
jdabbs@kaplanhecker.com
dgopstein@kaplanhecker.com
aconlon@kaplanhecker.com
*Counsel for Defendant Neil Phillips*