# EXHIBIT A

```
Date:    November 01, 07:25:51 PM GMT
Subj:    61593939
Pages:   6
```

This message is confidential and subject to terms at: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

Confidentiality Notice: This transmission is intended for the use of the individual or entity to which it is addressed, and it may contain information that is confidential or privileged under law. If the reader of this message is not the intended recipient, you are hereby notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you received this fax in error, please notify the sender immediately by telephone and destroy the original. Thank you.

███

███

Bournemouth
BH7 7DA
UNITED KINGDOM

Attention: Prime Brokerage EMEA

Direct Line: 44 (0) ███
Facsimile: 44 (0) ███

Switchboard: 44 (0) ███

Glen Point Master Fund Limited

30 October 2017

3487746

Reference Number: 80HAU61593939

One Touch Binary Currency Option Transaction

The purpose of this letter agreement is to confirm the terms and conditions of the Transaction entered into between ███ and Glen Point Master Fund Limited, (the "Counterparty") on the Trade Date specified below.

The definitions and provisions contained in the 1998 FX and Currency Option Definitions, as amended by the 2005 Barrier Option Supplement (as published by the International Swaps and Derivatives Association, Inc.; EMTA, Inc.; and the Foreign Exchange Committee) are incorporated into this Confirmation. In the event of any inconsistency between those definitions and provisions and this Confirmation, this Confirmation will govern.

1. This Confirmation supplements, forms part of, and is subject, to the ISDA Master Agreement dated as of 10 December 2015, as amended and supplemented from time to time (the "Agreement"), between ███ and the Counterparty. All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

---

USI: 1030229152 GFXFXO000000000000000000HCZFFA904; UTI: 1030229152 GFXFXO000000000000000000HCZFFA904
Trade data of this transaction has been reported pursuant to applicable U.S. law to the following swap data repository: DTCC Data Repository (U.S.) LLC. Trade data of this transaction may also have been reported to the same or other trade repositories pursuant to other applicable laws.
Reference Number: 80HAU61593939

Page 1 of 5

███ plc. Registered in England & Wales ███ Registered Office ███ London, ███ National Association. Organised under the laws of USA with limited liability. Main Office: ███ USA. Registered as a branch in England & Wales branch ███ Registered Office ███ London, ███ Limited. Registered in England & Wales ███ Registered Office ███ London, ███ Europe Limited. Registered in England & Wales ███ London, ███ All authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.




2. The terms of the particular Transaction to which this Confirmation relates are as follows:

(a) General Terms:

| | |
|---|---|
| Internal Reference: | 61593939 |
| Trade Date: | 30 October 2017 |
| Buyer: | Counterparty |
| Seller: |  |
| Currency Option Type: | Binary |
| Expiration Date: | 2 January 2018 |
| Expiration Time: | 10:00 New York Time |
| Settlement: | Non-Deliverable |
| Settlement Amount: | USD 15,660,000.00 |
| Settlement Date: | Two Business Days following the occurrence of a Barrier Event. |
| Premium: | USD 1,624,725.00 |
| Premium Payment Date: | 1 November 2017 |

(b) Other terms and conditions:

| | |
|---|---|
| Barrier Event: | Applicable |
| Event Type: | One-Touch Binary |
| Spot Exchange Rate Direction: | Less than or equal to the Barrier Level |
| Barrier Level: | 12.5 ZAR/USD |

USI: 1030229152 GFXFXO000000000000000000HCZFFA904; UTI: 1030229152 GFXFXO000000000000000000HCZFFA904
Trade data of this transaction has been reported pursuant to applicable U.S. law to the following swap data repository: DTCC Data Repository (U.S.) LLC. Trade data of this transaction may also have been reported to the same or other trade repositories pursuant to other applicable laws.

Reference Number: 80HAU61593939                                                                                           Page 2 of 5



Registered in England & Wales ▮ Registered Office ▮ London, ▮ Organised under the laws of USA with limited liability. Main Office: ▮ USA. Registered as a branch in England & Wales branch ▮ Registered London, ▮ Registered in England & Wales ▮ London, ▮ Europe Limited. Registered in England & Wales ▮ London, ▮ All authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

Event Period Start Date and Time:    Trade Date at the time of execution thereof

Event Period End Date and Time:    Expiration Date at the Expiration Time

**Option Disclosure:**

███████ has priced, executed and will manage the risks associated with this transaction in a principal capacity and at arm's length. ███████ is not acting as your fiduciary, agent or advisor in relation to the execution of this transaction and management of the associated risks. ███████ has made no representation or warranty to you concerning the performance of this transaction or ███████ other activities and/or competing interests that could conflict with this transaction at any point during the term of the transaction.

By their nature, binary and barrier (or digital) option structures have the potential to generate large hedging requirements for ███████ throughout the life of the trade. These requirements are highly fluid, require significant trading judgment, and have the potential to result in large and directionally unfavorable movements for our counterparties, particularly around the reference period, fixing period/window, or expiries of the option ("Event").

Specifically, our hedging requirements may include:

(i) buying and selling, on a dynamic basis, exposure to the asset underlying the option in the spot, cash or derivatives markets;

(ii) dynamically adjusting our hedges as market prices approach an Event; and

(iii) anticipating an Event and unwinding our hedges before the barrier event occurs, and/or unwinding our hedges after an Event occurs.

Unwinding or adjusting the hedge typically consists of buying or selling a quantity of the asset underlying the option, or terminating or entering into derivatives positions with market counterparties. This activity may affect the likelihood of an Event occurring or not occurring. In addition, derivative transactions that we execute in other capacities may affect the probability that an Event will occur.

███████ is a marketing name for investment banking businesses of ███████ and its subsidiaries and affiliates worldwide.

3. Calculation Agent: Counterparty, acting in good faith and in a commercially reasonable manner, and whose determinations and calculations will be binding in the absence of manifest error.

4. Offices:
The Office of ███████ for this Transaction is London.
The Office of the Counterparty for this Transaction is Grand Cayman.

---

USI: 1030229152 GFXFXO0000000000000000HCZFFA904; UTI: 1030229152 GFXFXO0000000000000000HCZFFA904
Trade data of this transaction has been reported pursuant to applicable U.S. law to the following swap data repository: DTCC Data Repository (U.S.) LLC. Trade data of this transaction may also have been reported to the same or other trade repositories pursuant to other applicable laws.
Reference Number: 80HAU61593939                                                                                              Page 3 of 5

███████ Registered in England & Wales ███████ Registered Office ███████ London, ███████. Organised under the laws of USA with limited liability. Main Office: ███████ USA. Registered as a branch in England & Wales ███████ Registered Branch Office ███████ London, ███████ Registered in England & Wales ███████ Registered Office ███████ London, ███████ Europe Limited. Registered in England & Wales ███████ Registered Office ███████ London, ███████ All authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



5. Office and Address for notices in connection with this Transaction

Bournemouth
BH7 7DA
UNITED KINGDOM
Direct Line: 44 (0)
Facsimile: 44 (0)
Attention: Prime Brokerage EMEA

6. Documents to be delivered. Each party shall deliver to the other, at the time of its execution of this Confirmation, evidence of the specimen signature and incumbency of each person who is executing the Confirmation on the party's behalf, unless such evidence has previously been supplied in connection with this Agreement and remains true and in effect.

7. Representations and Warranties: Absent a written agreement to the contrary, each party represents and warrants to the other party that (i) it is not relying on any advice (whether written or oral) of the other party regarding this Transaction; (ii) it has the capacity to evaluate (internally or through independent professional advice) this Transaction and has made its own decision to enter into this Transaction; (iii) it understands the terms, conditions and risks of this Transaction and is willing to accept those terms and conditions and to assume (financially and otherwise) those risks; and (iv) the other party (1) is not acting as a fiduciary or financial, investment or commodity trading advisor for it, (2) has not given to it (directly or indirectly through any other person) any assurance, guaranty or representation whatsoever as to the merits (either legal, regulatory, tax, financial, accounting or otherwise) of this Transaction or any documentation related thereto, and (3) has not committed to unwind this Transaction.

USI: 1030229152 GFXFXO000000000000000000HCZFFA904; UTI: 1030229152 GFXFXO000000000000000000HCZFFA904
Trade data of this transaction has been reported pursuant to applicable U.S. law to the following swap data repository: DTCC Data Repository (U.S.) LLC. Trade data of this transaction may also have been reported to the same or other trade repositories pursuant to other applicable laws.
Reference Number: 80HAU61593939                                                                                                          Page 4 of 5

plc. Registered in England & Wales           Registered Office                            London,
National Association. Organised under the laws of USA with limited liability. Main Office:
USA. Registered as a branch in England & Wales branch                Registered
Branch Office                 London,                    Registered in England & Wales
Registered Office             London,                    Europe Limited. Registered in England & Wales
Registered Office                      London,           All authorised by the Prudential Regulation
Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

This Confirmation supersedes and replaces any other confirmation (including any other written confirmation, SWIFT MT305 or phone/oral confirmation) issued by ▮ in connection with this Transaction on or prior to the date hereof.

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to the above address.

Yours faithfully,

Name: ▮

Title:      Managing Director

Accepted and confirmed as of the date first written

Glen Point Master Fund Limited



Name:

Title:

Your Reference Number:

USI: 1030229152 GFXFXO00000000000000000HCZFFA904; UTI: 1030229152 GFXFXO00000000000000000HCZFFA904
Trade data of this transaction has been reported pursuant to applicable U.S. law to the following swap data repository: DTCC Data Repository (U.S.) LLC. Trade data of this transaction may also have been reported to the same or other trade repositories pursuant to other applicable laws.
Reference Number: 80HAU61593939                                                                                                                  Page 5 of 5

▮ plc. Registered in England & Wales ▮ Registered Office ▮ London, ▮ National Association. Organised under the laws of USA with limited liability. Main Office: ▮ USA. Registered as a branch in England & Wales ▮ Registered Branch Office ▮ London, ▮ Registered in England & Wales ▮ Registered Office ▮ London, ▮ Limited. Registered in England & Wales ▮ Registered Office ▮ London, ▮ All authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.