UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NEIL PHILLIPS,

            Defendant.

No. 1:22-cr-00138-LJL-1

### DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

I, Alexandra Conlon, declare and state as follows:

1. On December 15, 2022, I filed a Notice of Appearance (ECF No. 8) on behalf of Defendant Neil Phillips.

2. As of August 4, 2023, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Defendant Neil Phillips.

3. Defendant shall continue to be represented by remaining counsel from Kaplan Hecker & Fink LLP.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice the Government. I am not asserting a retaining or charging lien.

2

Dated: August 4, 2023								Respectfully submitted,

/s/ Alexandra Conlon
Alexandra Conlon
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
aconlon@kaplanhecker.com

*Counsel for Defendant Neil Phillips*