# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       929.294.2540
DIRECT EMAIL      jdabbs@kaplanhecker.com

September 26, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
The Court approves the extension to deadlines as proposed.

9/27/2023   SO ORDERED.
[signature]
LEWIS J. LIMAN
United States District Judge

Re:   *United States of America v. Neil Phillips*, No. 1:22-cr-00138-LJL

Dear Judge Liman:

By letter to the Court submitted last night (Dkt. No. 37), the government informed both the Court and the defense that it does not intend to proceed to trial on two of the four counts in the Indictment in the above-referenced matter. The government's decision substantially impacts motions *in limine*, which are currently due tomorrow, September 27, 2023. In order to permit the defense to assess the impact of the government's decision and to revise its motions accordingly, we respectfully request a brief, two-day extension of the filing deadline for those motions (including any challenges to anticipated expert testimony) until Friday, September 29, 2023. And we propose that the deadline be extended for both the defense and the government. The government consents to this request. Relatedly, the parties jointly request a similar extension to the opposition deadline for these motions, from October 4 to October 6, 2023.

Respectfully submitted,

[signature]

Jenna M. Dabbs
Sean Hecker
David Gopstein
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63ʳᵈ Floor
New York, New York 10118
(212) 763-0883
jdabbs@kaplanhecker.com
shecker@kaplanhecker.com
dgopstein@kaplanhecker.com