```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :   22-CR-138 (LJL)
                                                                  :
NEIL PHILLIPS,                                                    :   ORDER
                                                                  :
                       Defendant.                                 :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument from the parties on the pending motions in limine and Daubert motions on October 10, 2023 at 2:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.

SO ORDERED.

Dated: October 2, 2023
       New York, New York            _____
                                           LEWIS J. LIMAN
                                      United States District Judge