**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

NEIL PHILLIPS,

            *Defendant.*

No. 1:22-cr-00138 (LJL)

---

**[DEFENDANT'S PROPOSED]**
**VERDICT FORM**

*The Jury's verdict must be unanimous on each count.*

**Question One: Count One – Jurisdiction**

1. Has the government proven beyond a reasonable doubt that the conduct charged in Count One, Conspiracy to Commit Commodities Fraud, occurred in the United States or had a direct and significant connection with activities in, or effect on, commerce of the United States?

    Yes _____    No _____

    [*If you answered "No" to Question One, proceed to Question Three. If you answered "Yes" to Question One, proceed to Question Two.*]

**Question Two: Count One – Conspiracy to Commit Commodities Fraud**

2. On Count One, which charges the defendant with willfully and knowingly conspiring to commit a violation of the Commodities Exchange Act (7 U.S.C. § 9(1)), we the jury find NEIL PHILLIPS, the defendant:

    Not Guilty _____    Guilty _____

    [*Proceed to Question Three.*]

**Question Three: Count Two – Jurisdiction**

3. Has the government proven beyond a reasonable doubt that the conduct charged in Count Two, Commodities Fraud, occurred in the United States or had a direct and significant connection with activities in, or effect on, commerce of the United States?

    Yes _____        No _____

    [*If you answered "No" to Question Three, sign and date the form and do not proceed to Question Four. If you answered "Yes" to Question Three, proceed to Question Four.*]

**Question Four: Count Two – Commodities Fraud**

4. On Count Two, which charges the defendant with willfully and knowingly committing a violation of the Commodities Exchange Act (7 U.S.C.§ 9(1)), we the jury find NEIL PHILLIPS, the defendant:

    Not Guilty _____        Guilty _____

    _____        _____
    FOREPERSON                              DATE