UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
USA,

                                                                                          22-CR-138 (LJL)

    v.

NEIL PHILLIPS,

        Defendant.

------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: THE FOREPERSON BELOW, GABRIELA CORTINAS, HAS BEEN ASSIGNED.

Print Name: GABRIELA CORTINAS

Sign Name: [signature]

Date: 10/24/23

Time: 4:08 PM

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 1

RECEIVED ON: October 24, 2023

TIME RECEIVED: 4:10   [ ] a.m. / [X] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
USA,

                                                                                      22-CR-138 (LJL)

     v.

NEIL PHILLIPS,

            **Defendant.**
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: WE REQUEST GOV. EXHIBITS: 406, 407, 408, 412, 446, 613, 612

DEFENSE EXHIBITS: 2034,

Print Name: GABRIELA CORTINAS
Sign Name: *[signature]*
Date: 10/24/23
Time: 5:08 PM

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 2
RECEIVED ON: October 24, 2023
TIME RECEIVED: 5:10    [ ] a.m. / [X] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
USA,

                                                  22-CR-138 (LJL)

    v.

NEIL PHILLIPS,

        Defendant.
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: THE JURY HAS REACHED A VERDICT.

Print Name: GABRIELA CORTINAS

Sign Name: [signature]

Date: 10/25/23

Time: 12:11 PM

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 3

RECEIVED ON: October 25, 2023

TIME RECEIVED: 12:13   [ ] a.m. / [X] p.m.