UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>NEIL PHILLIPS,<br><br>Defendant. | 22-cr-138 (LJL) |

## JURY VERDICT

Please indicate each of your verdicts with a check mark (✓)

**COUNT TWO: Commodities Fraud**

1. How do you find the defendant Neil Phillips with respect to Count Two?

    Not Guilty _____        Guilty __✓__

**COUNT ONE: Conspiracy to Commit Commodities Fraud**

2. How do you find the defendant Neil Phillips with respect to Count One?

    Not Guilty __✓__        Guilty _____

_____     10/25/23
Foreperson                                      Date