

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Neil Phillips*, 22 Cr. 138 (LJL)

Dear Judge Liman:

     The Government submits this letter on behalf of the parties, seeking a modification to the terms of the defendant's bail in the above-captioned case.  The Government respectfully requests that the Court modify the size of the personal-recognizance bond, to increase it from $15 million to $20 million.  The remainder of the defendant's bail conditions may remain the same, pending sentencing.  The defendant consents to the proposed modification.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

   By:    /s/
        Thomas Burnett
        Kiersten A. Fletcher
        Andrew Thomas
        Assistant United States Attorneys
        (212) 637-1064/2238/2106