

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the modification to Mr. Phillips's bail as proposed.

11/2/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Neil Phillips*, 22 Cr. 138 (LJL)

Dear Judge Liman:

    The Government submits this letter on behalf of the parties, seeking a modification to the terms of the defendant's bail in the above-captioned case.  The Government respectfully requests that the Court modify the size of the personal-recognizance bond, to increase it from $15 million to $20 million.  The remainder of the defendant's bail conditions may remain the same, pending sentencing.  The defendant consents to the proposed modification.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

By:   /s/
Thomas Burnett
Kiersten A. Fletcher
Andrew Thomas
Assistant United States Attorneys
(212) 637-1064/2238/2106