**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0889
DIRECT EMAIL    shecker@kaplanhecker.com

November 8, 2023

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street, Room 701
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

      Re: *United States v. Neil Phillips*, 22 Cr. 138 (LJL) – Rule 33 Deadline Extension

Dear Judge Liman:

  By this letter, Mr. Phillips moves for a new trial pursuant to Federal Rule of Criminal Procedure 33, and requests extension of the deadline to file supportive briefing on this motion until December 8, 2023. The government does not oppose this request.

  Mr. Phillips has filed this letter motion out of an abundance of caution in the event the Court's prior extension of the post-trial motion deadline to December 8, 2023[1] applies only to the previously made Rule 29 motion,[2] and not any Rule 33 motion not yet raised. Mr. Phillips requests the same briefing schedule for his Rule 33 motion as was ordered for his Rule 29 motion, and will file a single joint motion.

---

[1] *See* Trial Tr. 1393:12–95:5 (Oct. 25, 2023); *cf. United States v. Owen*, 559 F.3d 82, 83–84 (2d Cir. 2009) ("Although Rule 33 is an 'inflexible claim-processing rule,' it is not 'jurisdictional' and is therefore subject to the time-modification provisions of Rule 45(b) of the Federal Rules of Criminal Procedure.").

[2] Previously, Mr. Phillips moved for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. *See* Trial Tr. 938:2–49:3 (Oct. 20, 2023); Trial Tr. 1113:3–6 (Oct. 23, 2023).

KAPLAN HECKER & FINK LLP

2

Respectfully submitted,

Sean Hecker
Jenna M. Dabbs
David Gopstein
Anne Yearwood
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
jdabbs@kaplanhecker.com
dgopstein@kaplanhecker.com
ayearwood@kaplanhecker.com