

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2023

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Neil Phillips</u>, 22 Cr. 138 (LJL)

Dear Judge Liman:

    The Government submits this letter seeking a one-week extension on its deadline to respond to the defendant's post-trial motions. The Government's opposition is currently due January 12, 2024, with the defendant's reply due January 26, 2024. The Government respects that both dates be adjourned one week, so the Government's opposition is due January 19, 2024, and the defendant's reply is due February 2, 2024. The extension will ensure that the Government has sufficient time to fully address the defendant's motion. The parties have conferred on this request, and the defense consents.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

    by: ___/s/_____
    Thomas Burnett
    Kiersten Fletcher
    Andrew Thomas
    Assistant United States Attorneys