UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                        :

USA,                                 :

                        :

       -v-                        :             22-CR-138 (LJL)

                        :

NEIL PHILLIPS,                 :            SCHEDULING ORDER

                        :

              Defendant.       :

                        :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold oral argument on the pending post-trial motions in this matter on March 11, 2024, at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The sentencing hearing previously scheduled for March 14, 2024 is adjourned. The Court will set a new date for sentencing at the next hearing.

      SO ORDERED.

Dated: February 23, 2024
      New York, New York                          LEWIS J. LIMAN
                                        United States District Judge