# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0889
DIRECT EMAIL    shecker@kaplanhecker.com

March 7, 2024

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street, Room 701
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

> REQUEST GRANTED.
> The Court permits Mr. Phillips to appear remotely at the oral argument. The Court will provide instructions to access the hearing to defendant prior to the date.
>
> 3/8/2024    SO ORDERED.
> *LEWIS J. LIMAN*
> *United States District Judge*

Re:   *United States v. Neil Phillips*, 22 Cr. 138 (LJL)

Dear Judge Liman:

    We write on behalf of our client, Neil Phillips, to respectfully request that the Court permit Mr. Phillips to appear remotely at the oral argument scheduled for March 15, 2024. Mr. Phillips is currently in the United Kingdom subject to conditions of post-trial release agreed upon by the parties and approved by the Court. ECF 74, 75. Given Mr. Phillips' location and the various steps required for him to travel to the United States, we believe it would be most efficient for him to appear remotely, as he did for oral argument on the Motion to Dismiss in August 2023. The government does not oppose this request.

Respectfully submitted,

Sean Hecker
Jenna M. Dabbs
David Gopstein
Anne Yearwood
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
jdabbs@kaplanhecker.com
dgopstein@kaplanhecker.com
ayearwood@kaplanhecker.com