# EXHIBIT A

Dear Judge Lewis Liman ,

I hope this letter finds you well. I am █████████████████ proud to be the daughter of Neil Muarry Phillips. I just wanted to tell you a little bit ab ████████████ azing supporting loving father.
My dad is a man of many talents he is a inspiring role model to all.
Last year 28 August 2022 my life crumbled my dad who was on holiday with ████████████████ who was ████████████████ who was ██ and his year long girlf ██████ because I live in South Africa with my mother Ilyce Phillips. Bu  after a lovely holiday for 5 days in Ibiza my dad, his girlfriend and my brother were boarding a plane back to London. My sister stayed in Ibiza with her friend. As my dad was boarding the plane he was encountered by a group of police who told my dad to come with them baring in mind this is all in front of my brother. They would tell my dad what for or what was happening there he went all of us his family worried about him. I found out from my brother messaging me "███████ HELP DADDY WAS TAKEN BY THE POLICE" I was speechless me and my family had no way of getting        my dad.

Me and My dad are best friends i look up to him in every way possible i normally speak to him about 3 times a day and not to speak to him for 5 days was my worst nightmare coming true me and my siblings were separated as i am finishing my matric in South Africa and they were living in London. My dad was allowed to make one phone call But was only allowed to be a Spanish number and my family and i either have British or South African phone numbers which made things 100 times worse. We did not know why my dad was arrested or what it was for. Then the next morning i woke up to my phone overblowing with texts saying ████████ YOUR DAD IS IN JAIL FOR MARKET MANIPULATION which actually as I tell this to you today these ██████████ were dropped against him. Any way the news articles were EVERYWHERE everyone knew and i was the laughing stock at school
i was called a "jailbird" and got sent this picture about thirty times from random
people at school. I couldn't attended school for a month and i was going through dramatic
Changes in life. I wasn't able to speak to my best friend for about two weeks and when i did
I introduced him to my boyfriend on the phone from prison and that phone call was about
30 seconds long. That's the longest i spoke to him in two weeks and was for 30 seconds.

My siblings and I have been through emense trauma  from this whole situation as we did not have our dad around and our mother ████████████████████████████████████████████████████████

Through all of this the thick and thin my dad has not stop fighting for justice my dad never deserved to go through all of this and be wrongfully convicted. My dad is a warm hearted, generous, sincere, loving father and sibling and son and friend to everyone and no matter what always help people when they in trouble and still continues today. My dad paid for his university by working at a horse polo stable cleaning up horse mess and feeding them hay that is how my dad made money to go into something he was so passionate about. My dad is not guilty he is innocent and I hope you will see this.
My dad would never hurt a fly. Last week 16th October it was my dads verdict and my father was found guilty the charges as they thought it was his sole intent when really sir my father would never do anything of the sort. ████████████████████████████████████████████████████████████

Today 30 October I wrote my first final exam whilst a few days before i was shocked by the news of my dad and yet again everyone found out.

Sir my dad is not guilty my dad is clever and good at his job and would never do something that would hurt or affect anyone. Me and my family have gone through such pain the last year because of the media and not being around for the biggest mile stones in my life as i finish school he wasn't there at my prom he wasn't there at my 18th birthday he wasn't there at my gradation and he was in court proving his innocence. Dear Mr Liman my dad is a role model and i miss him so much i have not seen my dad since July and before that since April 2022. My father is not what anyone is accusing him of he is innocent.  I really hope you take my letter into consideration as he is not the man the prosecutors paint him out to be he is my dad and i am proud. Thank you ████████████████ ████████

30th October 2023

# EXHIBIT B

Sent from my Galaxy

-------- Original message --------
From: ███████ < ████████████████ >
Date: 13/02/2024 19:48 (GMT+00:00)
To: neil <neil@ ████████████ >
Subject:

My dad has been my number one supporter throughout my whole life. It is safe to say that he is not only my best friend but also my hero. My dad is a good man, he is the most down-to-earth person i have ever come across and I have not doubted him once since this whole ordreal arose.

I have never met a more devoted, eager and committed person in my whole life. When I first moved to Cape Town my father would visit us once a month, bare in mind this was in the midst of covid. He would Travel half way across the world and had to  isolate in various countires for weeks on end not because he had to, but because he wanted to be present in our lives. He taught me to value kinship and appreciate my family.

My dad lost his brother in January 2020. This was the first time i had ever seen him cry and my heart broke into a million pieces seeing the one person i look up to feel so devastated was like a stab to the heart. This made me realise that family is the most important aspect of our lives and we had one life to cherish it. In AUgust 2022 my dad was arrested and held in  prison in Ibiza. Living in london at the time with my younger brother i felt utterly alone. For months we were given no answers, I took my dads adivce and clung onto my brother not only to protect him but to protect myself.

Going into school getting teased that my dad was a criminal was one of the hardest things i've ever had to endure. This was not the father who had raised me, my dad is an honest and genrous man. And to have him so burtally attacked online and in the media made my blood boil. I had lost my primary source of support, stability and love. I know my father did not die, but the grief i felt certanitley felt like i had lost the most important person at the time.

My fondest memory from childhood was when my dad taught my sister and I to ride a bike.

"Dad I'm scared" as he took off my sparkly training wheels.

"Come on ███ you've got this." He said.

When i am faced with an issue, i always repeat those same words.

I need my dad in my life. No girl should have to grow up without their father. My ████████ brother shouldn't have to grow up without his father. My ████████ sister shouldn't have to grow up without her father.

My dad and I have a deeply connected and strong bond and no matter what I love him. Forever and always.
Lastly i'd like to share a story from my brother. My brother saw my dad being arrested in the middle of the airport in Ibiza. A ██████████ boy watching his dad being taken away from him. The police officer promised him that my dad would be back in 2 days. Well, 2 years later my dad has not returned, in the sense that this case has stripped him of his freedom and the one thing he does best, being a father.
Every saturday and sunday my father would watch my brother play football. In the midst of winter, and the peaks of summer. Football  was one of the many that my brother and my dad bonded over. ████████████████████████ ██████████████████████████████████████. He is so envious of his friends that get to go on fishing trips with their dad, kick around the ball on the pitch and so many other things that only a dad and son can do.
Although he can be as attentive on the phone as one could be, he is not here in the present. I mourn over the life I once knew. Where not everything depened on what the judge has to say. But alas, it does.
I hope that whatever the outcome of this case/trial is, you don't look at my dad as some sly fraud, but a man who is devoted to the ones he cares about and truly beingthe best dad in the world.
██████████████████

Sent from my iPhone

EXHIBIT C





# EXHIBIT D

This email was sent from outside the Firm.

Sent from my Galaxy

-------- Original message --------
From: David Coratti ███████████████
Date: 14/02/2024 02:07 (GMT+00:00)
To: neil@███████████████
Subject: Fw: reference

I've known Neil Phillips since 2017.  I joined Glen Point in large part because I wanted to work with the best emerging market trader in the market.  That is how Neil was described to me by contacts when I was looking into joining his company, and that is what I saw for the 4+ years while working with him.  Before joining I was also told that Neil was intense, demanding, and loyal.  To some that might be intimidating, but for me that was the perfect combination to partner with.  He worked hard, studied the market tirelessly, and took great pride in putting his investors' money to work in search of quality returns. He was unique, seeing things others didn't in the market, and identifying opportunities in a tricky emerging markets asset class.  Banks were often in awe of his trading, and his ability to manage risk, as was I.

1

Neil wasn't just a great trader; he was also a leader.  He did not hide in his office like many senior partners in the financial world.  He was front and center every day, setting the tone for the trading floor, and treating every individual, from senior partners to the cleaning staff with the utmost respect.  He created a family environment in the office, one that people wanted to show up to each day.  He was invested in our futures.  Neil saw potential and wanted us to reach it, myself in particular.

I got to know Neil even better during the Covid year of 2020.  With us working from home, I spent the entire day engaged with him on Microsoft teams- we lived and breathed the markets together but also life together.  It is then that I got to understand even more Neil's greatest quality which is what I admire so much about him, and that is he was a great father, and would do anything for his kids.  Even with being involved in markets many hours of the day, Neil always created the time to be there for his kids after school, finding time to be present always.  Whether it was taking ▮▮▮▮ to soccer, or helping his daughters with their work, or making them laugh, he was there.   They went on fantastic vacations, and Neil always sent me pictures and videos of the great times with his children. Anyone who is a great father always has a high rank from me.

Neil also cared about my family and well-being.  He sent my kids Tottenham jerseys, his favorite soccer team.  When my kids came into my office and onto the Microsoft Teams video, Neil was always there to say hi to them, ask my daughter ▮▮▮▮ about her latest swim success, and check in on my wife.  Neil in my house isn't just "Daddy's boss", he is a great personality and friend as well.

I hope you will consider the great person and father that Neil has been in his time on this earth when considering his sentencing.

Regards

David Coratti



\*\*\* Moore Capital Management, LP Legal Disclaimer and Other Information\*\*\*

Moore Capital Management, LP is an investment management firm, and we buy and sell equities and other financial instruments. **Please do not provide us any inside information or material nonpublic information.** We may buy or sell financial instruments based on the information you provide. We intend our securities and futures trading to remain unrestricted, and we do not agree to restrict our activities in any way. Please do not send us any information you are obliged to keep confidential, are not authorized to disclose to us, or are not authorized to have, whether any such restriction is imposed by law, agreement, government or company policy. This applies to information you obtain from any source. We are under no obligation to keep any information we receive from you confidential unless we sign a confidentiality agreement in advance. We ask that you provide to us only information that fully complies with these requirements and restrictions and that does not constitute inside information or material nonpublic information.

Moore Capital Management, LP and affiliates are registered with the U.S. Securities and Exchange Commission, the U.S. Commodity Futures Trading Commission and are members of the National Futures Association.

To view the full Legal Disclaimer and other information, click here

# EXHIBIT E

To whom it may concern,

People all over the world have children and the expectation is that parents will always care for them , that is the order of life . Once in a while the order reverses. My husband was a successful GP also had an MRCP from Edinburgh, together we brought up 4 beautiful people but at the end of 4 children at private schools , double degrees etc there wasn't a lot of change . My husband retired in 2000 due to Ill health and gradually Neil took over the role of supplementing our income and until 2017 made our lives stress free and full.

We , and then me on my own after my husbands demise travelled backwards and forwards to the UK to visit,saw every show , heard wonderful music , saw beautiful art etc and even had a lifetime dream of a trip to Japan booked, when Covid struck .

Neil saw to it , that we were short of nothing

This boy has only goodness in his heart, and I continue to have faith in him as a human being

He has been an asset to society and G-D willing will continue on this trajectory

Roselyn Phillips

A proud and loving mother

# EXHIBIT F

14th February 2024

Dear Judge Lewis Liman,

My brother Phillip Costa immigrated to London in 2017 as he received an incredible offer to work at the Hedge Fund Glen Point Capital. During his visit to South Africa a few months later, in January 2018, I begun hearing about his unique relationship with his boss Neil Phillips. My brother was so inspired to be learning from a master in financial trading and the markets. I thought o myself wow I hope to find a mentor and boss like that in my own life one day.

It was later that same year in 2018 in September that I witnessed just how special their relationship was. ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████ and working for a boss like Neil Phillips. The first time I had the opportunity to meet Neil Phillips was in Johannesburg April 2019, when he had decided to fly from London to Johannesburg just to attend my moms memorial. My brother came to sit next to me right before the memorial was to begin in tears and shock. He told me that Neil was here and that he had flown in to be of support to my brother. I was shocked and I immediately asked my brother to point him and the other Glen Point staff who had travelled out to me and I went to say hello and thank them for everything they had done for my brother during this challenging time.

I then immigrated to join my brother in London and got to see how much my brother loved working for Neil Phillips and at Glen Point Capital. He absolutely loved what he was doing. It was in March 2020 when my brother became ill with Covid and on the same day Neils family came to the house and dropped off some food for us. At this stage my brothers and Neils relationship had only grown deeper and it was clear to see how Neil Phillips had become a father figure to my brother. Again during the next few challenging months my brother experienced personally Neil Phillips offered tremendous support and it was decided that my brother would take a break whilst still being paid by Glen Point Capital. Neil Phillips went the extra mile for my brother in trying to help him get back on his feet following the passing of my mother. ███████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████

passed on to me and when I needed the most support in my life after loosing the two closest people to me it was Neil Phillips and his family that opened their home to me for 3 months for me to able to find my feet again.

Neil Phillips is a older brother and father figure in my life today and thats why I didn't hesitate to travel to New York in October to offer my full support for the man who had been a father to my brother and now is a older brother and father figure in my life. Neil Phillips is one of the rarest people I have ever met with the biggest heart and a man I have the utmost respect for!

Sincere Regards
Daniel Costa Gil
████████████████████████████████

# EXHIBIT G

Sent from my Galaxy


-------- Original message --------
From: Avail Godie ██████████████████
Date: 04/11/2023 09:47 (GMT+00:00)
To: Neil@phillipslondon.co.uk
Cc: ████████████████████
Subject:

To whom it may concern.

I have known Neil Phillips and his entire family for many years.
They have visited nyathi where I work as a guide many times.

Over the years Neil ans I have become friends and we have enormous mutual respect.
I look after his own family like my own and he looks after my family like his own.

When times have been tough in my family Neil has always been there to give me help and help my family.
Something he has done often and always happily. Help with hospital fees, school fees, food sometimes for my family it is never ending.
And Neil and I speak daily and we always asking after each others well being .

Neil is a good man and brother to me and I miss him.
Since he's been arrested in Spain in 2022 I haven't seen him as he cannot travel and I can tell u my family is suffering.

Sir we wish God will show you the way of this man.
He is a good man and I have never known anyone to be so kind and generous.

Thank you

Omega

# EXHIBIT H

Mr Ebenezer Olayinka



21st Nov 2023

Tel +

**To Whom This May Concern.**

I have been asked by Neil Phillips to provide a Character Reference in relation
to his indictment and Criminal Conviction. I write this with full awareness of
the gravity of the charge and am willing to be contacted for any further
information should it be required.

I Mr Ebenezer Olayinka Senior Steward of Methodist Church and Circuit
Steward (Property & Finance) New River Circuit of Methodist church North
London United Kingdom.

Your honour,

I met Neil around March 2001 when I was a Self-employed as a Licensed cab
driver working under the Licensed cab operator Senator cars Ltd N2 London,
on that day I was despatched a job to pick a passenger (Neil) going to work at
6am and after that I picked him on a several occasions unexpectedly after the
third trip he asked me if I could be picking him every day at 6am
acknowledging he prefers me than other drivers. Ever since I have been picking
him to work every day 6am Mon-Friday until 2022 when he was indicted.

During that time the relationship between me and him has turned from a
passenger to a friend, a truly brother and a family. There is no one in his entire
family that I don't know.

With Neil I have experienced an individual with a low profile, good character,
polite and respectable manner. In addition Neil is a hardworking and a family-
person who has always presented himself with levelheadedness and grace.

Neil is a Pillar to me, to many and to his entire family. He is indeed a Pillar of
strength.

Your honour,

███

███. My confused wife eventually mentioned Neil, he came straight away, connecting the Homerton hospital Doctors with his late brother Dr Roger M Philips who is a Nephrology based in South Africa.

During that time he was the first person and has been by my side and supporting my family mentally, emotionally and morally.

███

At the same time on that year 2015 Neil was launching his new company Glenpoint capital London he then approached me if I would like to work with him as an Admin officer, he said he would not like me to go back doing cab driving because of the stress it involves. I accepted and I have been working at Glenpoint since 2015 till last year when he was indicted.

Your honour,

Since 2015 Neil has been passing through lots of disappointments and sorrow such as the loss of his beloved father Dr Sir Bentley Phillips and his beloved brother Dr Roger M Phillips despite all this yet Neil was still the only pillar/shoulder that everyone leaning upon.

Neil is a friend, a brother, a comforter and he is a truly God-fearing man his indictment was a shockwave to all, since last year we have been on in an endless prayer for his freedom and justice.

Please do not hesitate to contact me if you require any information.

Sincerely.

# EXHIBIT I

Sent from my Galaxy

-------- Original message --------
From: Andrea Mathebula ████████████████████
Date: 03/11/2023 03:03 (GMT-05:00)
To: Neil@███████████████████
Subject: Letter of appreciation

My name is Andrea Mathebula from South Africa.
I first met Neil at Londolozi game reserve in SA, where I work as a guide in 2016 when he came with his family, he first choice to be in my vehice from day one and we had such a strong bond and add up calling each others brothers. Very kind and humble that I first saw on Neil.
He came twice afterwards, and the bond continued.
I was suspended from work for failing polygraph test, I did tell him as I knew he was planning to come so not to be surprised for not finding me that.
He's respond to me was" That's not true, how what happened?"
He asked me if I knew anything that I was accused of,  and of course no for me.
Neil said.,i'm willing to help you as you are a good man,but only if you are telling true. Which I gave him a go-ahead and he did.
I want to thank Neil today because he helped pay all my legal fees and regain my job back with no pay back to him.
I'm back to my job today because of his kindness.
I will be starving with my family as my dad passed away leaving me as a head of house with around 30 people that I'm looking after

Thanks my Brother
Regards
Andrea

# EXHIBIT J

03-41-20-5

My name is mrs Mirriam Ngwai
I am a South African and I
worked for Mr Neil Phillips as
a housekeeper when he was living in
south Africa in 1999 He urged me to
bring my kids to Johannesburg and he
alone found the School for them
bought them everything that was needed.
He insisted that they learn English and
have a proper education. Even after relocating
to London he kept on helping them up
to the point where they graduated from
Varsity. As I am speaking right now my
daughter is a professional accountant all
because of Mr Phillips. He helped me
with the house when I had nowhere to live.
He took me to driving lessons, I've got a
drivers licence today that I never thought It
was possible. He never stopped Here he also
bought me2 cars so I'll be able to drive
my kids to and from school. I was
a nobody but he made it possible for me
to experience a better life. He is a very
generous and good hearted person I have
ever met in my entire life. For all of this
and more that he has done for me and my

familly & wish him all the blessings
he can get from the God Almighty.
He only deserve the best in his life
as he still continue to help and assist
needy people like myself. My daughter
learned a good lesson from him about
helping people so she has a foundation, that
helps struggling human beings. That is
to give backs to the Community. She
learned that from Mr Neil Phillips.
we need people like him in our
lives.

God bless him a million
   Times ///

   Mirriam





# EXHIBIT K

Johannesburg
South Africa
2196

3 November 2023

To Whom It May Concern,

By way of introduction, my name is Rosy Ngwai and I am based in Johannesburg, South Africa.

I consider Mr Neil Phillips as a fatherly figure as he stepped up and raised me from a very young age. Mr Phillips provided emotional and financial support from the age of 6 until I completed my secondary education at 18 years old.

He is a compassionate, supportive and loving individual who loves his family dearly and raised me as one of his own. He built an incredible career in South Africa and assisted myself as well as my family financially without expecting anything in return. He is a man of integrity whom I have the utmost respect for. Because of his support and contribution in my life, today at 28 years old, I am a Senior Tax Consultant who can stand on her feet financially and support my mother (who was also financially supported by Mr Phillips). I am grateful for everything he has done for me and my family as I would not be where I am today without his guidance, support and love. I am proud to call him a father and a pillar to lean on since I was a child.

Kind regards,
Rosy Ngwai
█████████

# EXHIBIT L



**THE VILLAGE SHUL**

HAMPSTEAD

11/1/23

To Whom It May Concern,

I am writing this letter to wholeheartedly endorse and support Neil Phillips, a pillar of our community at The Village Shul in Hampstead, London.

I have had the pleasure of knowing Neil for several years and have come to recognize him as a person of deep integrity, faith, and passion.
Neil has been instrumental in the development and growth of our community.

His leadership skills, combined with his genuine care for people, have made him an indispensable asset.

Notably, Neil has stood by us at critical moments, offering not just resources but also emotional and spiritual support when needed.
His commitment has provided stability and confidence to our community, making a lasting impact that continues to resonate with each member.

One of the most defining contributions Neil has made to The Village Shul is his instrumental role in securing our permanent home. His philanthropic generosity was unparalleled, but it was his selfless dedication that truly stood out.
Recognizing the long-term significance of having a dedicated space, Neil not only contributed significantly but also took the lead in organizing and driving fundraising efforts. His vision and tireless work turned what was once a dream into a reality for our community.

Moreover, Neil's faith runs deep; he is a man of spiritual substance and profound commitment to religious values. This faith is reflected in the way he interacts with people—always respectful, always considerate, and always willing to lend a hand.

Neil is also an exemplary family man. His devotion to his family is evident and mirrors his commitment to the community.
He is a loving and caring father, setting an example that many aspire to emulate.

In summary, I cannot overstate the positive influence Neil Phillips has had on The Village Shul and its members. He is a man of deep integrity, faith, and passion—traits that make him an invaluable member of any community or endeavor he chooses to engage in.

For these reasons and more, I wholeheartedly offer my unwavering support for Neil Phillips.

Sincerely, Rabbi Yisroel Weisz

# EXHIBIT M

ב"ה

**GREAT PARK SYNAGOGUE**
www.greatpark.co.za
REGISTRATION NO. 030-079-NPO

GREAT PARK
SYNAGOGUE
1913 - 2013

30 October 2023

To whom it may concern

RE: NEIL PHILLIPS

I serve as the rabbi of the Great Park, synagogue and Community Centre in Johannesburg, South Africa.

I have known and been connected to Neil Phillips for decades.

Neil's parents, Dr Bently and Roz Phillips, raised a beautiful family committed to the broad needs of community.

In all my dealings with Neil Phillips, I sensed a generous, altruistic and caring soul.

By way of example, a number of years ago I met a young Zimbabwean woman who has exceptional intelligence. Notwithstanding her phenomenal matriculation results, she was precluded from pursuing a tertiary education in South Africa as she needed a bursary for which she was not eligible, as she is a foreigner. Neil offered to pay for her education at Wits University. I was present at her graduation representing Neil, who had made her dream reality.

On another occasion, Neil responded with generosity to assist a child who has special needs. Neil invested unstintingly to give the child a chance in life.

I have always considered Neil to be a friend as well as a congregant. He has always responded to the needs of others with sensitivity and with a deep devotion to alleviate the suffering of others.

Neil is highly respected for his humility and soft spoken integrity, and for being a valuable responsible member of the community.

I hope, and pray that Neil will be given the opportunity to emerge from the painful experiences of the last two years which have had a huge negative impact on him and on his children. I hope that he will be allowed to plough the pain into valuable life lessons and resume his central place in the midst of his family, and in the life of the community.

Yours sincerely

Rabbi Dovid Hazdan

Rabbi Dovid Hazdan

# EXHIBIT N

Sent from my Galaxy

-------- Original message --------
From: David Wilkinson ████████████████
Date: 30/10/2023 15:09 (GMT-05:00)
To: neil <neil@████████████
Subject: TO WHOM IT MAY CONCERN

<u>To Whom It May Concern</u>

In 2003, shortly after Sir Ronald Harwood won the Oscar for THE PIANIST, I put to him an idea for a documentary film. I asked him if he thought a detailed examination looking at why 99% of those who carried out the murders in the Holocaust were never prosecuted was viable. He said it was a terrific idea and encouraged me to pursue it. Ronnie wrote more about the Shoah than anyone else I have ever met - films, plays, books, newspaper articles, etc. and was considered by many to be a leading expert in what I consider to be the greatest miscarriage of justice in the history of Mankind. I am not Jewish.

I went everywhere looking for money, and absolutely no one would back the film GETTING AWAY WITH MURDER(S). Therefore, in January 2019, I started filming with my own money. This was somewhat foolhardy as I knew my wife and I could not afford the complete budget, even with borrowing money.

Partway through the filming, I met Neil Phillips. He was the first person I met with in all those years who committed significant funding.

For me, it was essential to do a deep dive into what actions the Allies took following the end of hostilities. In August 1945, the London Agreement was signed between the UK, France, the Soviet Union and the USA in order to try the leaders and organisations of Nazi Germany accused of War Crimes, Crimes Against Peace and Crimes Against Humanity.

Following the 1946 completion of the International Military Tribunal, the British, French and Soviets wanted no further trials. To me this seemed a grave mistake. It was left to the American government and, far more importantly, as they are often overlooked in this matter, the American military to conduct 12 Successor Trials.

One of these was the Einsatzgruppen Trial. The chief prosecutor was Benjamin Ferencz, who, at the time I was making the film, was 99 years old and living in Florida. Neil's first contribution towards the film went directly to pay for me and a crew to film a detailed interview with a man I consider to have been one of America's greatest lawyers of all time. Ben died in 2023.

When COVID happened, I found myself with dozens of hours worth of footage, which I had partly edited myself, but I needed someone with skills far greater than mine to work with me. Again, Neil contributed to the film when nobody else would, funding that enabled me to pay for the editor, post-production sound, the composer and musicians, and so many other vital components.

I realised very early on that to cover the almost total lack of justice for the victims of the Holocaust, which I was always incandescent with rage about, would result in a film with a duration far greater than the standard 90 minutes. I finally settled on a fine cut of 175 minutes.

Almost everyone involved in the project and so many people I consulted - cinemas, broadcasters, other filmmakers and distributors, and film festivals- urged me to cut the film in half. Neil Phillips was the only person to support my stance. Therefore, I could go back to all my detractors and say, "But the man with the money agrees with me". I'm sure they still disagreed with me, but from then on, they never voiced it.

I probably would have completed the film without Neil's support, but it would have taken me far longer. I will never know for certain. In the United Kingdom, I released the film in cinemas on the 1st of October 2021. This was 75 years to the very day of the sentencing at the International Military Tribunal in Nuremberg. There was no better time to release GETTING AWAY WITH MURDER(S) than that date. Neil Phillips ensured that this happened.

The film secured the best reviews of my 53-year career. The UK's prestigious Guardian newspaper voted it the No. 1. Documentary of 2021 in the UK, beating the Oscar-winning SUMMER OF SOUL.

That film was one of two films I wished to make regarding the almost total lack of justice for the victims of the Holocaust. Neil Phillips is now working with me on that bookended film.

**Best wishes,**

**David Nicholas Wilkinson**
**Chairman**
**guerilla films ltd.**





www.guerilla-films.com



This e-mail, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information. Any other distribution, use or reproduction without the sender's prior consent is unauthorised and strictly prohibited.

If you are not the intended recipient, you should not copy it, re-transmit it, use it or disclose its contents, but should return it to the sender immediately and delete your copy from your system. Thank you for your co-operation.

Please don't print this e-mail unless you really need to

# EXHIBIT O

בס"ד



1st November 2023

To Whom it May Concern

### Letter of Endorsement – Neil Phillips

This letter serves to confirm that Neil Phillips is well-known to our organisation and plays an active and meaningful role in the South African Jewish community.

The Johannesburg Jewish Helping Hand (Chevrah Kadisha) is the oldest Jewish organisation in Johannesburg - having been founded in 1888 - and the largest Jewish welfare organisation on the African continent. Our annual budget is currently R335m, of which R248m must be fundraised through the generosity of community donors.

The organisation runs a number of residential institutions serving close to 1,000 residents. Aged people in Sandringham Gardens; children in need of protection from abuse and/or neglect at Arcadia; people with intellectual and physical disabilities at Selwyn Segal; and people with mental illnesses at the Lodge and Square; live, and are cared for, in these facilities.  The vast majority are unable to afford residential fees and are fully or partially supported by us.

In addition, the Johannesburg Jewish Helping Hand assists over 9,000 Jewish people in the community with accommodation, food, healthcare, psycho-social services, educational support for their children and burial.

In 2015 our Arcadia Youth and Childcare Centre was rebuilt with Neil playing a major role by providing both financial and emotional support.

Our donors are our lifeline as we are a lifeline to those in need of our help.  Neil Phillips is a valued donor and supporter. We are deeply grateful to Neil for his generosity and commitment. It is due to the kindness of people like Neil that we are able to continue the life-sustaining work we do.

Yours sincerely

**Saul Tomson**
Chief Executive Officer
Chevrah Kadisha Group

Arcadia        Selwyn Segal        Sandringham Gardens

Registered as Johannesburg Jewish Helping Hand & Burial Society

# EXHIBIT P



King David Schools'
**Foundation**

November 2023

To Whom it may concern,

I write to you to as the Executive Director of the King David Schools Foundation with respect to Neil Phillips who I have known for several decades.

The King David Schools' Foundation is the fundraising arm of King David Schools, the largest Jewish day school network in the Southern Hemisphere known for its rich Jewish values, academic excellence, and proud ethos of not turning a child away for financial reasons. There are currently 500 students in need of financial assistance creating an annual subsidy budget of almost R40million (US$2.3m).

Neil attended King David School from 1975 - 1987 during which time he excelled in his studies and on the sports field.  He has expressed his gratitude for his education through his generosity to the Foundation. Neil's sensitivity and commitment to those in need is a trademark characteristic of his. He is proactive in his efforts to assist the disadvantaged and there are many students who owe their education to his generosity.

For this reason, I can attest to Neil's sensitive character and generous contribution to our community.

Yours sincerely,

Raelene Tradonsky
Executive Director

# EXHIBIT Q

May God's peace, mercy, and blessings be upon you. With this we begin the conversation, and there is nothing better than peace, the key to happy coexistence

Now, I am Mr. Tamourt Mohamed Akli, an Algerian national, and this is my story and my small experience with my best friend, whom I consider to be a brother, and whose name is Neil Murray . I met him for the first time in prison in Spain after I was there on charges of illegal immigration to Spanish territory, and what prompted me to emigrate is I have a family and a young daughter who is three years old. She was sick and needed surgery. I could not provide enough money for this operation, so I had to emigrate in order to save some money to do the surgery. As fate would have it, I went to prison and Neil was there. Over time, we became friends, and when he learned my story, he helped me. With financial assistance for my daughter and my family from inside the prison, without me asking him for it, and thanks to him, my daughter was able to walk the first steps on her legs after she was in a state of paralysis. He made me feel as if I was alive again after I had felt like I was dead. This person revived a soul, and whoever revives a soul is as if he revived all people. He did not ask me for anything in return. Rather, he told me that God provides His servant from His servant, and he did not stop there. Immediately after his release from prison, he paid me a lawyer and let me out because he knew that I was innocent. He promised me that he would never abandon me, and he kept his word. Even now, he is in distress checking on me. He sends me financial aid, which made me believe that this person is an angel on earth. Just as he did to me, he has done to many people, and what is happening to him is not fair at all. I am a simple person and I cannot help him, but I am writing this letter from the depths of my heart, perhaps it will be the key to his distress, and this is my testimony, by God. As I say, martyr and peace be upon every person who reads this message

# EXHIBIT R







# EXHIBIT S

Message

| | |
|---|---|
| **From:** | SCOTT EISNER [SEISNER6@Bloomberg.net] |
| **Sent:** | 12/19/2017 5:07:55 PM |
| **To:** | RODRIGO JOLIG [RJOLIG3@Bloomberg.net]; ANTONIO MOURA ANDRADE [AMOURAANDRA3@Bloomberg.net]; RAY YUEN [RYUEN8@Bloomberg.net]; WILSON CHOU [WCHOU15@Bloomberg.net]; LORENZO VITULLO [LVITULLO1@Bloomberg.net]; VITOR NAVARRETE [VNAVARRETE@Bloomberg.net] |

```
12/18/2017 03:05:11 SCOTT EISNER, MORGAN STANLEY & CO has joined the room
12/18/2017 03:05:11 SCOTT EISNER, MORGAN STANLEY & CO says:
*** MORGAN STANLEY & CO (30098985) Disclaimer: Content prepared by sales/trading for institutions. NOT:
research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices,
which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules
1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising
or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/18/2017 06:49:15 RODRIGO JOLIG, MORGAN STANLEY & CO. has joined the room
12/18/2017 06:49:15 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. (30098949) Disclaimer: Content prepared by sales/trading for institutions. NOT:
research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices,
which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules
1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising
or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/18/2017 17:02:50 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. has joined the room
12/18/2017 17:02:50 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. LLC (30098993) Disclaimer: Content prepared by sales/trading for institutions.
NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or
(esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under
CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending,
advising or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/18/2017 18:13:08 RAY YUEN, MORGAN STANLEY ASIA has joined the room
12/18/2017 18:13:08 RAY YUEN, MORGAN STANLEY ASIA says:
*** MORGAN STANLEY ASIA (30099240) Disclaimer: Content prepared by sales/trading for institutions. NOT:
research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices,
which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules
1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising
or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/18/2017 18:15:02 WILSON CHOU, MORGAN STANLEY ASIA has joined the room
12/18/2017 18:15:02 WILSON CHOU, MORGAN STANLEY ASIA says:
*** MORGAN STANLEY ASIA (30099240) Disclaimer: Content prepared by sales/trading for institutions. NOT:
research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices,
which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules
1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising
or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/18/2017 20:01:59 LORENZO VITULLO, MORGAN STANLEY & CO has left the room
12/18/2017 22:44:18 VITOR NAVARRETE, MORGAN STANLEY & CO. has left the room
12/19/2017 01:17:41 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. has left the room
12/19/2017 01:18:10 RODRIGO JOLIG, MORGAN STANLEY & CO. has left the room
12/19/2017 01:23:46 SCOTT EISNER, MORGAN STANLEY & CO has left the room
12/19/2017 02:43:03 LORENZO VITULLO, MORGAN STANLEY & CO has joined the room
12/19/2017 02:43:03 LORENZO VITULLO, MORGAN STANLEY & CO says:
*** MORGAN STANLEY & CO (30098985) Disclaimer: Content prepared by sales/trading for institutions. NOT:
research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices,
which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules
1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising
or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/19/2017 02:58:13 SCOTT EISNER, MORGAN STANLEY & CO has joined the room
12/19/2017 02:58:13 SCOTT EISNER, MORGAN STANLEY & CO says:
```

**DEFENSE**

**EXHIBIT**

**DX-0629**

*22-cr-00138*

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT

MS_GP_0000028

FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

MS_GP_DOJ_0000126
SDNY_P04_000210475

*** MORGAN STANLEY & CO (30098985) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 03:04:51 SCOTT EISNER, MORGAN STANLEY & CO has left the room
12/19/2017 03:05:18 SCOTT EISNER, MORGAN STANLEY & CO has joined the room
12/19/2017 03:05:18 SCOTT EISNER, MORGAN STANLEY & CO says:
*** MORGAN STANLEY & CO (30098985) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 03:37:37 SCOTT EISNER, MORGAN STANLEY & CO has left the room
12/19/2017 03:37:56 SCOTT EISNER, MORGAN STANLEY & CO has joined the room
12/19/2017 03:37:56 SCOTT EISNER, MORGAN STANLEY & CO says:
*** MORGAN STANLEY & CO (30098985) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 04:10:20 VITOR NAVARRETE, MORGAN STANLEY & CO. has joined the room
12/19/2017 04:10:20 VITOR NAVARRETE, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. (30098993) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 04:39:00 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. has joined the room
12/19/2017 04:39:00 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. LLC (30098993) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 05:08:04 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. has joined the room
12/19/2017 05:08:04 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. (30098993) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 05:46:53 RODRIGO JOLIG, MORGAN STANLEY & CO. has joined the room
12/19/2017 05:46:53 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. LLC (30098949) Disclaimer: Content prepared by sales/trading for institutions. NOT: research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices, which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules 1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising or other services representation of accuracy/completeness is made. Full terms at ms.com/disclaimers/productspecific

12/19/2017 05:47:57 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Morning guys

12/19/2017 05:48:05 SCOTT EISNER, MORGAN STANLEY & CO says:
  hey morning

12/19/2017 05:48:18 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Zar vols coming off?

12/19/2017 05:52:08 LORENZO VITULLO, MORGAN STANLEY & CO says:

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT
FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

  murdered

12/19/2017 05:52:13 LORENZO VITULLO, MORGAN STANLEY & CO says:
  literally

12/19/2017 05:52:16 LORENZO VITULLO, MORGAN STANLEY & CO says:
  1y 15.6

12/19/2017 05:56:10 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Good stuff

12/19/2017 05:56:19 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Book making cash?

12/19/2017 05:56:26 LORENZO VITULLO, MORGAN STANLEY & CO says:
  yessir

12/19/2017 05:56:41 LORENZO VITULLO, MORGAN STANLEY & CO says:
  3.5 between the two days

12/19/2017 05:56:57 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Awesome

12/19/2017 05:57:36 LORENZO VITULLO, MORGAN STANLEY & CO says:
  You have no idea of how frustrating it was sitting here after 20 hours and waiting for these guys
finishing to sing and dance for an hour before the results were announced!

12/19/2017 05:57:51 LORENZO VITULLO, MORGAN STANLEY & CO says:
  It literally looked like a brazilian football match

12/19/2017 05:57:57 LORENZO VITULLO, MORGAN STANLEY & CO says:
  Rather than a political conference

12/19/2017 05:58:03 ANTONIO MOURA ANDRADE, MORGAN STANLEY & CO. says:
  hahahaa

12/19/2017 05:58:05 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Carnival

12/19/2017 05:58:08 LORENZO VITULLO, MORGAN STANLEY & CO says:
  hahahaha

12/19/2017 06:45:30 RODRIGO JOLIG, MORGAN STANLEY & CO. has joined the room
12/19/2017 06:45:30 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
*** MORGAN STANLEY & CO. (30098949) Disclaimer: Content prepared by sales/trading for institutions. NOT:
research; independent/impartial; a recommendation or basis to consider MS a fiduciary or (esp.prices,
which are not for use by others) and is an invitation to consider a swap transaction under CFTC Rules
1.71/23.605 (but not an offer to enter a trading before/after sending, market making, lending, advising
or other services representation of accuracy/completeness is made. Full terms at
ms.com/disclaimers/productspecific

12/19/2017 06:48:36 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Just looking here

12/19/2017 06:48:43 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  This zar curve properly destroyed!

12/19/2017 06:48:55 LORENZO VITULLO, MORGAN STANLEY & CO says:
  Yes indeed

12/19/2017 06:49:00 LORENZO VITULLO, MORGAN STANLEY & CO says:
  Flies too are low

12/19/2017 06:49:10 LORENZO VITULLO, MORGAN STANLEY & CO says:
  .6 1 year

12/19/2017 06:49:32 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  wow

12/19/2017 06:49:35 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Even front end

12/19/2017 06:50:08 RODRIGO JOLIG, MORGAN STANLEY & CO. says:

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT
FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

Shouldn't this curve start to steepen?

12/19/2017 06:50:22 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    6Mx1y flat

12/19/2017 06:50:28 LORENZO VITULLO, MORGAN STANLEY & CO says:
    I think the backend meltdown is by book

12/19/2017 06:50:30 LORENZO VITULLO, MORGAN STANLEY & CO says:
    But yeah

12/19/2017 06:50:36 LORENZO VITULLO, MORGAN STANLEY & CO says:
    We are trying to do that steepener

12/19/2017 06:51:07 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Has glenpoint done anything with their ot?

12/19/2017 06:51:24 SCOTT EISNER, MORGAN STANLEY & CO says:
    they took off 10 mio of the 12.5, all of their digitals and rolled some seagull

12/19/2017 06:51:40 SCOTT EISNER, MORGAN STANLEY & CO says:
    charged like 5% on the OT

12/19/2017 06:51:57 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Fair

12/19/2017 06:52:38 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Well done guys

12/19/2017 06:54:05 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Probably another 1mio to come when this 2w short you have marked 0.75 over 1M goes to 1 vol under

12/19/2017 07:28:35 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    What you think abt eur$ vols scott?

12/19/2017 07:28:59 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Im looking at doint the spread sell $mxn buy eur$

12/19/2017 07:29:03 SCOTT EISNER, MORGAN STANLEY & CO says:
    i mean all of these vols look so low- 3m at 6.7 looks really nice

12/19/2017 07:29:07 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    To improve my decay ratio here

12/19/2017 07:29:14 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Trying 2M sub 6

12/19/2017 07:29:27 SCOTT EISNER, MORGAN STANLEY & CO says:
    3m at 6.7 gets the italian- think at that level its worth it

12/19/2017 07:29:29 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    I was selling 3M $mxn at 11.7 yesterday

12/19/2017 07:32:30 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Im so tired of paying decay

12/19/2017 07:32:42 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Fighting to go back to flat

12/19/2017 07:33:01 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Mxnb book has been a drain of pnl

12/19/2017 07:33:07 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    So hard to get out of stuff

12/19/2017 07:34:27 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Still thiink we will see a January risk on carry on the negletted pairs

12/19/2017 07:34:28 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    Mxn, try

12/19/2017 07:35:00 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
    But I think we see $mxn higher before year end just because people will try to go long again

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT
FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

12/19/2017 07:35:11 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
As everybody hates it

12/19/2017 07:35:30 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Eurmxn has almost 10% yield differecial

12/19/2017 07:35:43 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
In this 1M

12/19/2017 07:35:49 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
And 8.5 along the curve

12/19/2017 07:36:35 SCOTT EISNER, MORGAN STANLEY & CO says:
yeah, i would tend to agree

12/19/2017 07:36:37 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
1M atm forward option premium = carry

12/19/2017 07:36:43 SCOTT EISNER, MORGAN STANLEY & CO says:
wow

12/19/2017 07:36:45 SCOTT EISNER, MORGAN STANLEY & CO says:
thats insane

12/19/2017 07:37:10 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Actually not yet

12/19/2017 07:37:20 SCOTT EISNER, MORGAN STANLEY & CO says:
feel like you buy that live put

12/19/2017 07:37:25 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
The 3M is close to that

12/19/2017 07:38:07 SCOTT EISNER, MORGAN STANLEY & CO says:
the atmf/atms spot put spreads probably look nice

12/19/2017 07:38:19 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Trying to buy eurmxn riskies

12/19/2017 07:38:26 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Im currently shoty those atm

12/19/2017 07:38:31 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
They are marked under $

12/19/2017 07:38:39 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Think should be at least ard

12/19/2017 07:39:00 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Not in a rush as long eurmxn vega

12/19/2017 07:39:28 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Agree directionally looks good to sell those

12/19/2017 07:39:34 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
As eur put is above spot

12/19/2017 07:40:56 SCOTT EISNER, MORGAN STANLEY & CO says:
need to find someone to sell me usdsar downside

12/19/2017 07:44:05 RAY YUEN, MORGAN STANLEY ASIA has left the room
12/19/2017 09:18:03 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
1y $mxn paid at 15.1!

12/19/2017 09:18:06 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
15.05

12/19/2017 09:18:24 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
Soon the highest EM 1y vol

12/19/2017 09:40:25 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
stocc

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT
FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

```
12/19/2017 09:40:28 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Scott,

12/19/2017 09:40:35 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  We will be over again the $mxn vol limit

12/19/2017 09:40:36 SCOTT EISNER, MORGAN STANLEY & CO says:
  hey

12/19/2017 09:40:43 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Will need you to reduce a bit unfor

12/19/2017 09:40:51 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Or change into something else

12/19/2017 09:41:00 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Ill have to buy 500k vega of $mxn in the market

12/19/2017 09:41:01 SCOTT EISNER, MORGAN STANLEY & CO says:
  can i rotate to eurmxn?

12/19/2017 09:41:03 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  So annoying

12/19/2017 09:41:07 LORENZO VITULLO, MORGAN STANLEY & CO says:
  Can I structure something to buy some benign vega in case?

12/19/2017 09:41:08 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Ill try

12/19/2017 09:41:29 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  So annoying, now that stuff getting paid im dying in decay and I have to buy more

12/19/2017 09:41:31 SCOTT EISNER, MORGAN STANLEY & CO says:
  obviusly just do what we need to do

12/19/2017 09:41:33 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Will try to do ccy spreads

12/19/2017 09:41:42 SCOTT EISNER, MORGAN STANLEY & CO says:
  could do MXNJPY or CADMXN as well

12/19/2017 09:41:46 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Agst eur don't think going to happen

12/19/2017 09:41:50 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Will try a cadmxn

12/19/2017 09:49:39 SCOTT EISNER, MORGAN STANLEY & CO says:
  its fine, like i said, we can do what we need to do

12/19/2017 09:49:43 SCOTT EISNER, MORGAN STANLEY & CO says:
  does 6m get the election?

12/19/2017 09:50:06 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  nope

12/19/2017 09:50:09 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Quite steep

12/19/2017 09:50:14 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Elections is jul2

12/19/2017 09:57:57 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Your 1w buy in $mxn wasn't bad in the end

12/19/2017 09:58:01 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Was the absolute low

12/19/2017 09:59:12 LORENZO VITULLO, MORGAN STANLEY & CO says:
  Not going to complain considering that it was a hedge against a zuma victory in zar
```

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT

MS_GP_0000033

FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

MS_GP_DOJ_0000131
SDNY_P04_000210480

12/19/2017 10:03:29 SCOTT EISNER, MORGAN STANLEY & CO says:
  is stuff bid? could se sell back our 1w strike?

12/19/2017 10:05:44 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  1w not really

12/19/2017 10:05:50 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  You need to buy more vol sir

12/19/2017 10:05:57 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Not sell back

12/19/2017 10:06:11 SCOTT EISNER, MORGAN STANLEY & CO says:
  yeah, was looking at just doing some 1y i guess

12/19/2017 10:07:18 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  1y $mxn over $zar!

12/19/2017 10:07:25 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Well, zar will be a new pair?

12/19/2017 10:07:34 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  EM favorite?

12/19/2017 10:07:55 LORENZO VITULLO, MORGAN STANLEY & CO says:
  People think zar is going to chill from now on

12/19/2017 10:08:09 LORENZO VITULLO, MORGAN STANLEY & CO says:
  But until February stuff can boot off as easily as it came off

12/19/2017 10:15:42 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  2w $mxn given at 9.0

12/19/2017 10:15:44 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  1M is 10.9 bid

12/19/2017 10:15:51 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Acttually 10.75

12/19/2017 10:16:05 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  This spread you guys have in zar is so good

12/19/2017 10:16:16 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  And this is with $mxn moving quite a bit today

12/19/2017 10:16:53 WILSON CHOU, MORGAN STANLEY ASIA has left the room
12/19/2017 10:41:50 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Scott, whenenver I need one of my positions to perform well, I book a clip to you!

12/19/2017 10:42:17 SCOTT EISNER, MORGAN STANLEY & CO says:
  nah, i think the indicator is- if we're buying options, they must be cheap

12/19/2017 10:42:18 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  The sacrificial 75 lot

12/19/2017 10:42:39 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Eurmxn I donated o/n this morning at 10.25!!

12/19/2017 10:43:07 LORENZO VITULLO, MORGAN STANLEY & CO says:
  What NGO?

12/19/2017 10:47:17 SCOTT EISNER, MORGAN STANLEY & CO says:
  how bout 1y USDMXN vs GBPMXN?

12/19/2017 10:47:49 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Doesn't really trade.. Ive been trying to sell gbpmxn

12/19/2017 10:48:03 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  1y was 0.75/1.75 my way

12/19/2017 10:48:08 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Nobody even joined

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT
FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

12/19/2017 10:48:15 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Gbpmxn over

12/19/2017 10:53:17 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Getting paid for some 2w at 9.6 finally

12/19/2017 10:57:08 SCOTT EISNER, MORGAN STANLEY & CO says:
  im trying to find some structure that will buy vega

12/19/2017 11:04:00 SCOTT EISNER, MORGAN STANLEY & CO says:
  if the socialist party doesnt win in Mexico- does usdmxn touch 18?

12/19/2017 11:05:34 SCOTT EISNER, MORGAN STANLEY & CO says:
  was looking at SE-VVZ- what you thiink?

12/19/2017 11:05:53 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Pimco coming to our rescue

12/19/2017 11:06:17 SCOTT EISNER, MORGAN STANLEY & CO says:
  like i said, am happy to buy vega or vanillas back- whatever you need, wil get it done by eod

12/19/2017 11:07:08 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Showing a big bid to pimco

12/19/2017 11:44:19 LORENZO VITULLO, MORGAN STANLEY & CO says:
  Rod where does usdmxn go if the election goes wrong?

12/19/2017 11:45:34 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Hum... 25-26?

12/19/2017 11:45:47 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Research seems to think we only go to the fwd rate

12/19/2017 11:46:11 LORENZO VITULLO, MORGAN STANLEY & CO says:
  And what do you think realized vol is in 1y?

12/19/2017 11:46:15 LORENZO VITULLO, MORGAN STANLEY & CO says:
  In that case

12/19/2017 11:52:25 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Honestly, don't have that much clue on that

12/19/2017 11:52:40 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Sounds to me curve is already steep

12/19/2017 11:52:53 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Trying to rotate out of long vega in post elections into long rr

12/19/2017 11:53:19 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Corporates will come in January to supply back end

12/19/2017 11:53:24 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Like 3y-10y

12/19/2017 11:53:35 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Tghey also supply rr, but think the elections rr better own than the vega now

12/19/2017 12:00:41 SCOTT EISNER, MORGAN STANLEY & CO says:
  Rodrigo, whatre you thinking on our MXN stuff?

12/19/2017 12:01:28 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  I think I have a massive problem

12/19/2017 12:01:35 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  We are easily 1mio over limit

12/19/2017 12:01:47 LORENZO VITULLO, MORGAN STANLEY & CO says:
  If you have a massive problem the volswaps are off

12/19/2017 12:01:48 SCOTT EISNER, MORGAN STANLEY & CO says:
  whats your volgamma look like?

12/19/2017 12:01:48 RODRIGO JOLIG, MORGAN STANLEY & CO. says:

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

MS_GP_0000035

MS_GP_DOJ_0000133
SDNY_P04_000210482

Not sure going to get any vol back

12/19/2017 12:02:01 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Book is long volga

12/19/2017 12:02:16 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  At least vol going up

12/19/2017 12:02:25 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Just market it higher now

12/19/2017 12:02:27 SCOTT EISNER, MORGAN STANLEY & CO says:
  yeah, so marking vols higer wil get you longer vega

12/19/2017 12:02:28 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Should help a bit

12/19/2017 12:02:33 SCOTT EISNER, MORGAN STANLEY & CO says:
  yeah

12/19/2017 12:03:04 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  And hurt a lot :-(

12/19/2017 12:03:07 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Well, not really

12/19/2017 12:04:03 SCOTT EISNER, MORGAN STANLEY & CO says:
  like i said, wahtever you need from us- if you want to go in the makret and buy 100 of 1y, can put it
  in ceemea- they not gonna gie you a temp?

12/19/2017 12:04:39 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  We are already under a temp

12/19/2017 12:04:46 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Limit short is only 2mio

12/19/2017 12:04:53 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Eventhough we have 3 in the blockl

12/19/2017 12:06:11 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Im so annoyed... Look how well eurmxn trades on risk off

12/19/2017 12:07:07 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Ill see what I can do

12/19/2017 12:07:18 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  Maybe ill need you to buy some 1y

12/19/2017 12:07:44 SCOTT EISNER, MORGAN STANLEY & CO says:
  like i said, whatever you need, just feel free to put in CEEMEA

12/19/2017 12:07:55 RODRIGO JOLIG, MORGAN STANLEY & CO. says:
  cheers

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY AGSH&F ON BEHALF
OF ITS CLIENT
FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT

MS_GP_0000036

MS_GP_DOJ_0000134
SDNY_P04_000210483