UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                                                 :

USA,                                                                              :

           -v-                          :                              22-CR-138 (LJL)

NEIL PHILLIPS,                                :

                                                                :                              <u>ORDER</u>

                               Defendant.            :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     A sentencing hearing is scheduled in this case for June 3, 2024.  The parties dispute the Guidelines applicable to this case.  The Court will entertain at the hearing any objections to the factual recitations in the Presentence Report and argument from the parties as to the applicable Guidelines. Sentencing in this case will be deferred to a future date, which the Court will set at the hearing on June 3, 2024.

     SO ORDERED.

Dated: May 30, 2024
          New York, New York                                                                             LEWIS J. LIMAN
                                                                                             United States District Judge