```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                  :         22-cr-138 (LJL)
:
NEIL PHILLIPS,                           :         ORDER
:
                        Defendant.       :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Sentencing in this case is scheduled for Tuesday, June 25, 2024.  The Court hereby gives notice that (as foreshadowed in the prior conference and in the submissions of both parties) the Court is considering granting a downward variance from the Guidelines in this case.  The Court is further considering imposing a fine in this case.  The parties should be prepared to address both issues.  Finally, with respect to the terms of supervised release which the Court currently intends to impose, the Court intends to impose a special condition that—notwithstanding the standard condition that the defendant be supervised by the district of residence—Mr. Phillips be permitted to reside abroad, including in his current residence.  The parties are directed to meet and confer in advance of sentencing to discuss the residences in which Mr. Phillips should be permitted to reside during his period of supervised release.

      SO ORDERED.

Dated: June 20, 2024
      New York, New York
                                                       LEWIS J. LIMAN
                                           United States District Judge