**Hecker Fink LLP**

350 FIFTH AVENUE | 63ʳᴅ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL     212.763.0889
DIRECT EMAIL    shecker@heckerfink.com

July 31, 2024

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street, Room 701
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

      Re: *United States v. Neil Phillips,* 22 Cr. 138 (LJL) – Bond Exoneration Request

Dear Judge Liman:

  We write on behalf of Defendant Neil Phillips. As the Court is aware, sentencing in this matter was held on June 25, 2024. As the case is now resolved, we respectfully request that Your Honor enter the attached proposed order (i) exonerating Mr. Phillips' bond; (ii) applying Mr. Phillips' own cash security in its entirety to the $1,000,000 fine imposed as part of his sentence; and (iii) ordering that the funds deposited by the other sureties be returned. (We have conferred with the other sureties, who reside abroad, and they have consented to our firm facilitating the return of their funds.) We have conferred with the Government, which consents to this request.

                    Respectfully submitted,

                    Sean Hecker